# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:19-CR-00014-CDL-MSH-1 |
| JEFFERY FLAKES | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Jeffrey Flakes** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for December 2, 2019. The Government does not oppose this motion. Defendant was arraigned on a superseding indictment on September 17, 2019 and remains in custody. A continuance is needed because counsel will be in a jury trial in the Athens division of the Middle District the week of December 2, 2019. Additionally, Attorney Michael Eddings has been retained to represent the defendant and has not entered a notice of appearance in this Court yet. The Court finds that it is in the interests of justice to continue the case and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 32] is **GRANTED**, and it is hereby ordered that this case shall be continued until a date to be determined by the Court. That pretrial conference shall be scheduled before the end of the year, and this order does not remove this case from the January trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **25th** day of **November 2019**.

                                                s/Clay D. Land
                                                HONORABLE CLAY D. LAND
                                                UNITED STATES DISTRICT COURT