**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 4:19-CR-14-CDL** |
| **v.** | : | |
| | : | |
| **JEFFREY FLAKES,** | : | |
|     **Defendant** | : | |
| _____ | : | |

## ORDER GRANTING A CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

The Government has filed a motion to continue the pretrial conference and trial of this action. The Defendant does not oppose the continuance of this case to the January 2021 term. The Court finds that the circumstances set forth in the Government's motion warrant the granting of the motion for continuance, and that the period of the continuance shall be excluded in determining the speedy trial deadline under the Speedy Trial Act, 18 U.S.C. §§ 3161. The Defendant's and public's interest in a speedier trial is outweighed by the ends of justice which require this continuance.

Accordingly, the pending pretrial conference is canceled; this case is continued to the Court's January 2021 trial calendar; and a pretrial conference shall be rescheduled prior to that trial term.

**SO ORDERED**, this 31st day of July, 2020.

    _S/_ Clay D. Land_____
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT